UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Lydia D. Raymond | * | |
| 260 45th Street, NE | * | |
| Washington, DC 20019 | * | |
|     Plaintiff | * | |
| | * | |
|  vs. | * | Civil No. 07-1037 |
| | * | Judge:   Kennedy, Jr. J. |
| Washington Metropolitan Area Transit | * | |
| Authority | * | |
| d/b/a Metro Bus | * | |
| 600 Fifth Street, NW | * | |
| Washington, DC  20001 | * | |
| | * | |
|     Defendant | * | |
| | * | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Alan S. Feld, Esq., Bulman, Dunie, Burke, & Feld, Chartered, as counsel in this case for Lydia D. Raymond.

 June 15, 2007_____               **BULMAN, DUNIE, BURKE & FELD, CHTD**


                                      By:_____
                                         ALAN S. FELD #172-858
                                         Attorney for Plaintiff
                                         4610 Elm Street
                                         Bethesda, MD 20815-6051
                                         (301) 656-1177