UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Lydia D. Raymond    *
                    *
    Plaintiff       *
                    *
vs.                 *   Civil No. 07-1037
                    *   Judge:   Kennedy, Jr. J.
Washington Metropolitan Area Transit  *
Authority           *
d/b/a Metro Bus     *
                    *
    Defendant       *
                    *

## CONSENT MOTION TO CONTINUE
## SCHEDULING CONFERENCE

COMES NOW, the Plaintiff, Lydia D. Raymond, by and through her undersigned counsel, Bulman, Dunie, Burke, & Feld, Chtd., and Alan S. Feld, Esquire, and with the consent of the Defendants, respectfully files this Consent Motion for Continuance of Scheduling Conference and for reasons therefore states as follows:

1. This matter is presently set for a scheduling conference on October 5, 2007 at 10:30 a.m.

2. The Plaintiffs' counsel has a previously scheduled arbitration on that same date, in the case of *Windsor Design-Build, Inc. v. Kevin Warner*, case number 276425-V in the Circuit Court of Montgomery County.

3. The Defendant's counsel has been advised of the Plaintiff's filing this Motion to Continue the Scheduling Conference and has given consent thereto. This request will in no way prejudice any of the parties.

WHEREFORE, the Plaintiff request that this matter be continued from October 5, 2007, to October 11, 2007 at 10:30 a.m. or any date convenient to this Court and the parties.

BULMAN, DUNIE, BURKE & FELD, CHTD

By: /s/ Alan S. Feld
ALAN S. FELD #172-858
Attorney for Plaintiff
4610 Elm Street
Bethesda, MD 20815-6051
(301) 656-1177

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consent Motion to Continue the Scheduling Conference was electronically transmitted this 14th day of August, 2007 to:

Janice L. Cole
Associate General Counsel
600 Fifth Street, N.W.
Washington, D.C., 20001
jlcole@wmata.com

/s/ Alan S. Feld
Alan S. Feld

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Lydia D. Raymond | * | |
| Plaintiff | * | |
| vs. | * | Civil No. 07-1037 |
| | * | Judge:   Kennedy, Jr. J. |
| Washington Metropolitan Area Transit Authority d/b/a Metro Bus | * | |
| Defendant | * | |

**O R D E R**

Upon consideration of the Plaintiff's Consent Motion to Continue the Scheduling Conference filed herein and for good cause shown, it is this _____ day of _____, 2007.

**ORDERED**, that the Motion is hereby granted; and it is further,

**ORDERED**, that the Scheduling Conference in the above captioned matter be and the same is hereby continued from October 5, 2007 at 10:30 a.m., to October 11, 2007 at 10: 30 a.m. or a date to be set by the Clerk of the Court.

_____
United States District Judge

Electronic copies to:

Alan S. Feld