UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LYDIA RAYMOND** : | |
| Plaintiff, : | |
| v. : | Case No.: 07-cv-01037 HHK |
| **WASHINGTON METROPOLITAN** : **AREA TRANSIT AUTHORITY** : | |
| Defendant. : | |

**MEET AND CONFER REPORT TO THE COURT
IN COMPLIANCE WITH LOCAL RULE 16.3**

Plaintiff, Lydia Raymond, and Defendant Washington Metropolitan Area Transit Authority ("WMATA"), submit this report pursuant to Fed. R. Civ. P. 26(b) and Local Rule 16.3.

1. Dispositive Motions.

These parties do not anticipate filing dispositive motions at this stage of the proceedings, but reserve the right to do so.

2. Parties To Be Joined.

None.

3. Magistrate Judge.

The parties do not wish to assign this case to a Magistrate Judge.

4. Settlement.

The parties do not feel that mediation would be productive at this time, but reserve the right to request mediation after the completion of discovery.

5. <u>ADR</u>.

   <u>See</u> No. 4, <u>supra</u>.

6. <u>Summary Judgment</u>.

   <u>See</u> No. 1, <u>supra</u>. These parties request that all dispositive motions be filed no later that 30 days after completion of discovery; Opposition to Motion for Summary Judgment, 30 days thereafter; and Reply Memorandum, 10 days thereafter.

7. <u>Initial Disclosures</u>.

   These parties agree to waive the initial disclosure requirement of Federal Rule of Civil Procedure 26(a)(1).

8. <u>Discovery</u>.

   These parties request that discovery remain open for 180 days after the initial status conference and agree to the presumptive limits set by the rules. The parties reserve the right to request that the Court waive the presumptive limits if it becomes necessary to do so.

9. <u>Experts</u>.

   These parties agree as to the following timing for exchange of expert witness reports:

       a. Plaintiff's Expert Designation deadline     12/19/2007

       b. Defendant's Expert Designation deadline     2/1/2008

10. <u>Class Actions</u>.

  Not applicable.

11. <u>Bifurcation</u>.

  Trial and/or discovery should not be bifurcated.

12. <u>Pretrial Conference</u>.

  To be set at the initial scheduling conference for approximately 60 days after the close of discovery.

13. <u>Trial</u>.

  To be set at the pretrial conference.

14. <u>Other Matters</u>.

  None.

               Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Alan Feld | Janice L. Cole #440351 |
| Bulman Dunie Burke & Feld | Associate General Counsel |
| 4610 Elm Street | 600 Fifth Street, N.W. |
| Bethesda, Maryland 20815-6051 | Washington, D.C.  20001 |
| (301) 656-1177 | 202-962-2543 (phone) |
| Attorneys for Plaintiff | 202-962-2550 (fax) |
| | Attorney for Defendant WMATA |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Meet and Confer Report to the Court in Compliance with Local Rule 16.3** was electronically transmitted this 23rd day of August, 2007 to:

Alan Feld
Bulman Dunie Burke & Feld
4610 Elm Street
Bethesda, Maryland 20815-6051
(301) 656-1177
Attorneys for Plaintiff

                                                      /s/
                                              Janice L. Cole

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LYDIA RAYMOND** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 07-cv-01037 HHK |
| : | |
| **WASHINGTON METROPOLITAN** : | |
| **AREA TRANSIT AUTHORITY** : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

The following schedule will govern further proceedings in this matter:

Deadline to amend complaint and add parties………November 15, 2007

Plaintiff's Expert Designation Deadline……………….December 15, 2007

Defendant's Expert Designation Deadline……………February 1, 2008

Discovery Closes………………………………………April 19, 2008

Dispositive Motions Deadline…………………………May 19, 2008

Pretrial Conference……………………………………_____

_____
United States District Judge

Electronic copies to:

Janice L. Cole, Counsel for WMATA

Alan Feld, Counsel for Plaintiff