**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LYDIA D. RAYMOND,**<br><br>                    **Plaintiff,**<br><br>          **v.**<br><br>**WASHINGTON METROPOLITAN**<br>**AREA TRANSIT AUTHORITY**<br>**("WMATA"),**<br>                    **Defendant.** | **Civil Action 07-01037 (HHK)** |

**ORDER REFERRING ABOVE-CAPTIONED ACTION TO MEDIATION**

With the consent of the parties, it is by the court this 25th day of October, 2007,

**ORDERED** that the above-captioned action is referred to mediation to commence on March 28, 2008 and conclude by May 29, 2008; and it is further

**ORDERED** that counsel and the parties, including persons with settlement authority, attend the mediation sessions; and it is further

**ORDERED** that the first mediation session take place within three weeks of the commencement of the mediation period; and it is further

**ORDERED** that the Clerk of the Court is directed to furnish a copy of this order to the Circuit Executive for the purpose of assigning a mediator; and it is further

**ORDERED** that if the case settles in whole or in part, counsel shall promptly advise the court of the settlement by filing a stipulation.

                                        Henry H. Kennedy, Jr.
                                        United States District Judge