UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lydia D. Raymond | * |
| | * |
|     Plaintiff | * |
| | * |
|  vs. | *  Civil No. 07-1037 |
| | *  Judge:   Kennedy, Jr. J. |
| Washington Metropolitan Area Transit | * |
| Authority | * |
| d/b/a Metro Bus | * |
| | * |
|     Defendant | * |
| | * |

## PLAINTIFF LYDIA RAYMOND'S RULE 26(b)(4) STATEMENT

Plaintiff, Lydia Raymond, by and through her attorneys, Bulman, Dunie, Burke & Feld, Chartered, and Alan S. Feld, hereby submits this list of experts that may be called to testify at the trial of this matter. Plaintiffs reserve the right to call any and all of their treating physicians as identified during discovery and/or identified by any party during the course of discovery or conducting independent medical examinations, including but not limited to:

1. G. Hudson Drake, M.D.
   Community Physical Medicine & Pain Center
   6188 Oxon Hill Road, Suite 100
   Oxon Hill, Maryland 20745

2. Harley S.L. Mosely, III & Ernesto Aguila, R.P.T.
   Community Physical Medicine & Pain Center
   6188 Oxon Hill Road, Suite 100
   Oxon Hill, Maryland 20745

3. Carolyn Dorkins, M.S.P.T.
   Metropolitan Occupational Therapy, Inc.
   8701 Georgia Avenue, Suite LL1
   Silver Spring, Maryland 20910

4. Designated of Representatives
   Accessible MRI of Montgomery County
   1010 Wayne Avenue, #151
   Silver Spring, MD 20910

  5.  William Vaughn, M.D.
     Alice O. Adams, M.D.
     Medisyn Provider Network
     2210 Rhode Island, NE
     Washington, D.C. 20018

  Each healthcare provider has treated plaintiff for injuries sustained in the accident which is the subject of this litigation. Each healthcare provider is expected to offer opinions in this matter based upon their evaluation and treatment of plaintiff and/or their review of the medical records and pertinent discovery materials and their knowledge, training and experience.

  Each healthcare provider is expected to testify consistent with the information contained in their medical records, copies of which have been furnished to defendants. Each health care provider will testify as to the injuries sustained by plaintiff, the treatment necessary for such injury, and the damages sustained by plaintiff, and that her injuries were proximately caused by this accident. Each health care provider will also testify as to the medical necessity of her treatment, physical therapy and/or diagnostic tests, and the fairness and reasonableness of the charges for these treatments. The health care providers will further offer testimony as to plaintiff's current condition, need for continuing and/or future treatment, her prognosis, the permanency of her injuries and the pain, suffering, and limitations associated with her injuries and/or future treatments, and the expenses, restrictions, and limitations at work and activities of daily living associated therewith.

  Plaintiff reserves the right to call the Custodian of Records and/or representatives of the Medisyn Provider Network and her health care providers who rendered diagnostic testing and/or treatment. Each of these health care providers is expected to testify based upon examination and treatment of plaintiff and/or review of medical records as well as their knowledge, training, and

experience in their field. They are expected to testify as to the treatment rendered to plaintiff, her injuries and disabilities and their relationship to this accident. They will further testify as to the charges incurred and their fairness and reasonableness of the charges for their treatment.

Plaintiff reserves the right to rely upon the expert opinion of any expert witness identified by any other party to this matter and/or selected by defendants to examine plaintiff.

In addition, plaintiff reserves the right to rely upon the expert opinion of treating physician or health care providers identified during the course of discovery.

**BULMAN, DUNIE, BURKE & FELD, CHTD**

By:___/s/ Alan S. Feld_____
ALAN S. FELD/DC Bar #172-858
Attorney for Plaintiffs
4610 Elm Street
Bethesda, MD 20815-6051
(301) 656-1177 x 315

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing Expert Designation Rule 26(b)(4) was electronically postage prepaid this 5th of December, 2007 to:

Janice L. Cole
Washington Metropolitan Area Transit Authority
Associate General Counsel
600 5th Street, N.W.
Washington, D.C. 20001

____/s/ Alan S. Feld_____
ALAN S. FELD