UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LYDIA RAYMOND** : | |
| Plaintiff, : | |
| v. : | Case No.: 07-cv-01037 HHK |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** : | |
| Defendant. : | |

**DEFENDANT WMATA'S 26(a)(2) STATEMENT**

Pursuant to Rule 26(a)(2), Defendant WMATA respectfully submits the following list of expert witnesses, including areas of expertise, proposed testimony and the bases therefor:

1) Thomas Ryan, M.D., 5530 Wisconsin Avenue, Suite 1550, Chevy Chase, MD 20815 (301) 652-6612.

Dr. Ryan is a medical doctor specializing in orthopaedics and orthopaedic surgery. Based on his examination of Plaintiff's medical records, interrogatory answers and deposition testimony, Dr. Ryan will testify regarding the degree of injury, including issues of any permanency, suffered by Plaintiff attributable to the incident mentioned in the Complaint, as well as the necessity of treatment and the reasonableness thereof. More specifically, Dr. Ryan will testify that Plaintiff suffered temporary, soft tissue strain-type injuries to her cervical, thoracic and lumbar spine from the bus accident of October 2004, all of which resolved by March 2005. Additionally, his opinion is that Plaintiff exhibited no evidence of any neuropathy or myelopathy soon after the bus accident and therefore any subsequent symptomology later is not as a result of the bus accident. Dr. Ryan will opine that she more likely than not did not even have such

neuropathies or myelopathies, as she was totally asymptomatic at the time of her clinical evaluation on January 24, 2008 and cervical myelopathy does not resolve; neuropathy rarely resolves.  At her examination, Dr. Ryan will testify that Plaintiff had no  musculoskeletal complaints whatsoever, with no symptoms referable to carpal tunnel syndrome, or to any cervical, thoracic or lumbar dysfunction.  Her cervical spine had normal flexion, extension and rotation, with no spasm.   Dr. Ryan will testify that Plaintiff had  negative Phalen's and Tinel's tests bilaterally upon examination.   Dr.  Ryan will also testify that Plaintiff suffers from no causally related disability from the WMATA bus accident.

     The amount Dr. Ryan charges and what he billed  for his review of the records and writing his report will be supplemented**.**  Dr. Ryan's report and Curriculum Vitae are attached hereto in Exhibits 1 and 2, pursuant to the Rules of this Court.   Dr. Ryan's last four years of testimony will be supplemented shortly.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
  TRANSIT AUTHORITY


\_\_/s/ _____
Janice L. Cole
Associate General Counsel-WMATA
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-2543
Jlcole@wmata.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Defendant WMATA's 26(a)(2)** was sent by the court's electronic service this 1st of February 2008 to:

Alan Feld
Bulman Dunie Burke & Feld
4610 Elm Street
Bethesda, Maryland 20815-6051
(301) 656-1177
Attorneys for Plaintiff

                                            /s/
                                        Janice L. Cole

January 24, 2008

Janice L. Cole
Associate General Counsel
Washington Metropolitan Area Transit Authority

RE:            LYDIA RAYMOND
DATE:          01/24/08
CIVIL ACTION#: 07-1037HHK; U.S. District Court for
               the District of Columbia

Dear Ms. Cole:

Prior to Ms. Raymond's presentation in my office, I had access to and had very carefully reviewed the following records: (a) A medicine provider network notes consisting of records spanning the time frame from October 12, 2004, through approximately December 22, 2004. I also had reviewed an MRI scan of the cervical and lumbosacral spine from Accessible Radiology dated April 7, 2006. In addition, I reviewed medical records from Metropolitan Occupational Therapy spanning the time frame December 29, 2004, to March 10, 2005. I reviewed medical records from Community Physical Medicine and Pain Center spanning the time frame November 14, 2005, through June 12, 2006. In addition, there were records from the Washington Hospital Center dating from 2006 all the way back to 1995, the only pertinent record being an x-ray that was done on October 12, 2004.

Ms. Lydia Raymond is a 53-year-old woman who states that she was riding in a Metro bus on October 7, 2004, when the bus apparently struck another vehicle. She was thrown forward and backward in her seat. At the time, she felt as though it was unnecessary to be taken to the hospital, and so deferred on being transported at that time. On October 12, 2004, she was seen in the Medisyn Health Unit and was evaluated. It was felt, at that time, that she had sustained cervical, thoracic, and lumbar strain injuries. During the course of her treatment with physical therapy at that facility, she began to complain of paresthesias in her right hand. She underwent a neurological consultation on November 2, 2004, at which time she was diagnosed with underlying carpal tunnel syndrome, but no evidence of myelopathy, no evidence of neuropathy, and no evidence of cord injury. She continued treating with physical therapy and manipulation of her neck, thorax, and back through November and part of December 2004. On December 29, 2004, she was evaluated at Metropolitan Occupational

PAGE 2
LYDIA RAYMOND

Therapy and underwent a functional capacity examination. The results are stated as being totally inconsistent with discordant behavior and aberrant responses, with poor attempt to comply with the test, thus making the test itself basically unreliable. She apparently continued having some physical therapy through the month of March 2005. At that point, there is a lapse in her record, and she does not personally recall having treatment through 2005.

In November 2005, she reported to Community Physical Medicine & Pain Center, where she had a repeat evaluation and was diagnosed with myelopathy, radiculopathy, and bilateral carpal tunnel syndrome, and was begun on Neurontin. This treatment continued through June 2006.

Ms. Raymond reports to my office today and quite simply states that she has absolutely no musculoskeletal complaints whatsoever. She states that she occasionally gets discomfort in her right hand when gripping a pen, but, otherwise, has no symptoms referable to either carpal tunnel syndrome on either side, cervical, thoracic, or lumbar dysfunction.

Her past medical history was reviewed carefully, and is not pertinent to this particular issue.

Her clinical examination reveals that she is very much alert and oriented. She is 5 feet 1 inch and weighs 196 pounds. She moves about the office with total freedom of mobility. Her cervical spine is carefully examined and shown to have normal flexion, extension, and rotation, with no spasm. Upper extremity joint range of motion is full, with no evidence of weakness, reflex change, or sensory abnormality. Her Phalen's test at both wrists is negative; her Tinel's sign at both wrists is negative. Examination of the thoracic and lumbar spine reveals freedom of movement and absolutely normal excursion for a woman of 53 years of age. There is no underlying spasm and no restriction. Neurological examination is normal.

Overall Assessment: At this time, Ms. Raymond has no disability at all related to any injuries sustained in the Metro bus accident. I do feel that based on the record it is likely that she sustained cervical, thoracic, and lumbar sprain at the time of the accident and that this condition was appropriately treated through the month of March 2005. At that time, any residual problems would not be related to a strain syndrome. Muscular strain syndromes in the absence of significant myelopathy or radiculopathy clear in a nonsymptomatic, generally at a level between six and 12 weeks. There is clear-cut evidence after the bus accident that this woman had no evidence whatsoever of neuropathy or myelopathy, and this is based on a very

PAGE 3
LYDIA RAYMOND

comprehensive examination done by the neurologists a
the Washington Hospital Center. Any further concerr
regarding peripheral neuropathy, cervical myelopathy
etc., would certainly not be very likely in my opinion
given the fact that she is currently totall
asymptomatic. Cervical myelopathy is not a conditic
which resolves, peripheral neuropathy rarely resolves.

Therefore, it is my opinion that Ms. Raymond sustaine
soft tissue strain injuries to her cervical and lumba
spine, which, in my opinion, were essentially resolve
by March 2005. It is my belief that she potentially ha
an underlying carpal tunnel syndrome, although this i
even in question in my mind given her current lack o
symptoms. The carpal tunnel syndrome, in my opinion, i
not related to the Metro bus accident. Thank you fo
allowing me to review this case.

Sincerely,

THOMAS F. RYAN, M.D.
D: 01/27/08
T: 01/30/08
TFR: pg

CURRICULUM VITAE

Name:            Thomas F. Ryan, MD

Office Address:     5530 Wisconsin Avenue
Suite #1550
Chevy Chase, M.D., 20815

Present Position:     Private Practice Orthopedic Surgery

Education:     B.A. College of the Holy Cross, Worcester, MA
1965
MD Georgetown University School of Medicine
1969

Post Graduate:     General Surgery - Georgetown University, 1969-1970
General Surgery - Georgetown University, 1970-1971
Orthopedic Surgery - National Naval Medical Center, 1973-1975
Orthopedic Surgery - James Lawrence Kernan, Hospital for
         Crippled Children, Baltimore M.D., 1975-1976
Orthopedic Surgery – Reconstructive Surgery of the Hip and
         Knee, New England Baptist Hospital,
         Boston, MA. 1976

Honors:     A.O.A. Honor Medical Society
         Georgetown University, 1965

Merck Award at Graduation
         Georgetown University, 1965

Vincennien Medal
Georgetown University Teaching Award, 2004

Current Professional:     Instructor, Department of Surgery, and Division of
Orthopedic Surgery – Georgetown University
Former Co- Director and Orthopedic Surgeon
Georgetown University, Sports Medicine Clinic

| | |
|---|---|
| Board Certification: | American Board of Orthopedic Surgery – 1978 |
| Current Licensure: | District of Columbia<br>Maryland |
| Professional Society: | Clinical Orthopedic Society |
| Hospital Affiliations: | Attending – Sibley Hospital<br>Instructor – Georgetown University Hospital<br>Attending - Suburban Hospital |
| Ongoing Publications:<br>And Lectures | Consultant Pfizer Corp. and United States Golf Assn.<br>    Champions Tour<br>Lecturer- Union Memorial Hospital<br>    Sports Symposium – 2004<br>Lecturer- Royal College of Surgeons<br>    Dublin Ireland – 2006<br>Consultant- District of Columbia Coaches Association<br><br>Lecturer- Royal College of Surgeons<br>    Dublin Ireland - 2007 |