IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LYDIA RAYMOND** : | |
| : | |
| Plaintiff, : | |
| : | |
| v.    : | Case No.: 07-cv-01037 HHK |
| : | |
| : | |
| **WASHINGTON METROPOLITAN** : | |
| **AREA TRANSIT AUTHORITY** : | |
| : | |
| Defendant : | |

## LINE OF DISMISSAL WITH PREJUDICE

Pursuant to a settlement reached between the parties, the Plaintiff, Lydia Raymond, by and through counsel, and with the Defendant's consent, hereby voluntarily dismisses this matter with prejudice.

        Respectfully submitted,

        BULMAN, DUNIE, BURKE & FELD, CHTD.

        /s/ ALAN S. FELD
        Alan S. Feld,
        D.C. Bar #172858
        4610 Elm Street

        Bethesda, Maryland 20815-6051
        (301) 656-1177 X315
        Attorney for Plaintiff

        *Attorney for the Plaintiff, Lydia Raymond*

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**


/s/  JANICE L. COLE
Janice L. Cole
D.C. Bar No. 440351
jlcole@wmata.com
Associate General Counsel – WMATA
600 Fifth Street, N.W.
Washington, DC  20001
(202) 962-2543


*Attorney for Defendant,*
*Washington Metropolitan Area Transit Authority*